STATE of Missouri, Respondent,

v.

Orlando Omar CRUZ, Appellant.

No. WD 73427.

Missouri Court of Appeals,
Western District.

Sept. 11, 2012.

Timothy A. Blackwell, Jefferson City, MO, for respondent.

Kent Denzel, Columbia, MO, for appellant.

Before Division One: JAMES M. SMART, JR., Presiding Judge, LISA WHITE HARDWICK, Judge and GARY D. WITT, Judge.

ORDER

PER CURIAM.

Orlando Cruz appeals his conviction of first degree murder following a jury trial in the Circuit Court of Buchanan County. On appeal, Cruz contends that the trial court erred in admitting into evidence State's Exhibit 32, an autopsy photograph, and in permitting an autopsy technician to testify at Cruz's trial, claiming that the photograph and testimony violated Cruz's constitutional rights and that he was thereby prejudiced. We affirm. Rule 30.25(b).